UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMAL ELBANNA,<br><br>      Plaintiff,<br><br>   v.<br><br>MARTIN O'MALLEY COMMISSIONER OF SOCIAL SECURITY, et al.,<br><br>      Defendants. | Case No. 24-cv-07368-KAW<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 22 |

On March 31, 2026, the Court granted Plaintiff's motion for summary judgment and denied Defendant's cross-motion for summary judgment. (Dkt. No. 22.) Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiff and against Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 31, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California